IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00769 EJD |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING |
| | ) | STATUS HEARING AND EXCLUDING |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| RUDY MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, January 14, 2013, shall be continued to Monday, February 4, 2013, at 1:30 p.m.

It is further ordered that the time through and including February 4, 2013, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 10, 2013

HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order Excluding Time
CR 12-00769 EJD                                          1